IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TENNENBAUM CAPITAL PARTNERS, LLC, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 09-194 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL KENNEDY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 7th day of March, 2012, after careful review of the Report and Recommendation of U.S. Magistrate Judge Lynne A. Sitarski, and no objections of record thereto having been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's Motion for Supplementary Relief in Aid of Execution for a Preliminary Injunction Against Distributions by Garnishee Chartwell GP, Inc. to Defendant (Docket No. 172) is GRANTED.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II,  U.S.D.J.