IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TENNENBAUM CAPITAL PARTNERS LLC,
        Plaintiff,

v.

MICHAEL T. KENNEDY,
        Defendant.

CIVIL ACTION
NO. 09-MC-00194

## ORDER

AND NOW, this 23rd day of October, 2014, upon consideration of Defendant's "Motion for Imposition of a Stay Pending Disposition of Adversary Case," (Dkt No. 255), Plaintiff's Response, (Dkt No. 256), and Defendant's Reply, (Dkt No. 258), it is hereby ORDERED that said Motion is DENIED.

FURTHER, upon consideration of Defendant's Motion to Vacate the Tennenbaum Judgment, Repay All Fees and Expenses, and Assess Damages and Sanctions Due to Gross and Willful Misconduct, (Dkt Nos. 261-62), and Plaintiff's Response, (Dkt No. 264), it is hereby ORDERED that said Motion is DENIED.

FURTHER, the Court instructs the Clerk of Courts to issue a writ of revival pursuant to Dkt No. 265.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.