APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Tennenbaum Capital Partners LLC, Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| Michael T. Kennedy, Defendant. | : | NO. 09-MC-00194 |

## ORDER

AND NOW, this _____ Day of _____, 20___ , it is hereby

ORDERED that the application of <u>Robert B. Bernstein</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 09-MC-00194

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _____Robert B. Bernstein_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __208__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | May 21, 1982 | 1806454 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Southern District of New | May 21, 1982 | 1806454 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Michael T. Kennedy

*[signature]*
(Applicant's Signature)

June 28, 2017
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Bernstein & Associates, PLLC, 2 Overhill Road, Suite 400, Scarsdale, NY 10583

Tel. (914) 529-6500 Cell. (914) 522-8126

Sworn and subscribed before me this
28 Day of June, 2017

*[signature]*
Notary Public

SHARYN E. LEWIS-
Notary Public, State of New York
Registration #02LE6346048
Qualified in Westchester County
Commission Expires Aug. 8, 20 20

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Robert B. Bernstein___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Frank A. Mazzeo | [signature] | 08/31/1995 | 65537 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ryder, Lu, Mazzeo & Konieczny LLC

808 Bethlehem Pike, Suite 200, Colmar, PA 18915

215 997-0248

Sworn and subscribed before me this

28th Day of June, 2017

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Aldo J. Cuce, Notary Public
Trappe Boro, Montgomery County
My Commission Expires Sept. 10, 2018

Case 2:09-mc-00194-CDJ   Document 280   Filed 06/30/17   Page 4 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|             |   |                |
|-------------|---|----------------|
|             | : | CIVIL ACTION   |
|             | : |                |
| v.          | : |                |
|             | : |                |
|             | : | NO.            |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

_____

_____

_____

_____
Signature of Attorney

_____
Name of Attorney

_____
Name of Moving Party

_____
Date